# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RESTAURANT EXPRESS DELIGHT, LLC, dba HUMMUS BAR EXPRESS, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:  2:23-CV-05685-KK-JPR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, RESTAURANT EXPRESS DELIGHT, LLC dba HUMMUS BAR EXPRESS, and Defendant, AMCO INSURANCE COMPANY (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice, and each party would bear its own costs and attorneys' fees.

Having considered the Stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: June 18, 2024

_____
HON. KENLY KIYA KATO
United States District Judge